PARIENTE, J.,
concurring in result.
I concur with the majority that the First District Court of Appeal’s decision below should be left intact, which the majority does by declining to answer the certified question. Majority op. at 1118. Our opinion in Hardee County v. FINR II, Inc., No. SC15-1260, 221 So.3d 1162, 2017 WL 2291004 (slip op. issued Fla. May. 25, 2017), “approve[d] the First District’s holding in [City of Jacksonville v. Smith, 159 So.3d 388 (Fla. 1st DCA 2015),] that the-Bert J. Harris, Jr., Private Property Protection Act does not apply to claims arising from government action that regulates property adjacent to the claimant’s property.” Ma *1119 jority op. at 1118.[1] Essentially, that opinion answered the certified question in this case. See majority op. at 1118. Thus, in this case, I would approve the decision below based on our opinion in FINR II, Inc.

. See § 70,001, Fla. Stat. (2012).